CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUL 25 2013

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) Criminal No. 5:02cr30041-004 |
| | ) |
| v. | ) **ORDER** |
| | ) |
| WILLIAM PETTIS | ) By: Samuel G. Wilson |
| | ) United States District Judge |

In accordance with the accompanying memorandum opinion, it is **ORDERED** and **ADJUDGED** as follows:

1. Pettis' motion for "appropriate relief" pursuant to 28 U.S.C. § 2255 is **DENIED**;

2. The clerk is **DIRECTED** to redocket the motion (ECF No. 159) as a § 2255 motion;

3. The § 2255 motion is hereby **DENIED** without prejudice as successive and stricken from the active docket; and

4. A Certificate of Appealability is **DENIED**, based upon the court's finding that the defendant has not made the requisite showing of denial of a substantial right.

**ENTER:** July 25, 2013.

_____
UNITED STATES DISTRICT JUDGE